**Hearing shall be held on 11/20/2018 at 10:30 AM in Austin Courtroom 1. Movant is responsible for notice.**

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 05, 2018**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NO. 18-11043-TMD |
| SELENA D CASH § | | |
| § | | CHAPTER 7 |
| DEBTOR § | | |

### ORDER TO SHOW CAUSE

On October 10, 2018, the Clerk of Court mailed a Declaration for Electronic Filing Due Letter [ECF No. 32] to Debtor's counsel. In the Letter, the Clerk of Court informed counsel that the original signed Declaration for Electronic Filing (the "Declaration") for the Debtor's Amended Petition, Schedules, Statements, Summary and Amended Creditor Matrix [ECF No. 29] had not been received. The Letter also warned counsel that if the Clerk's Office did not receive the Declarations by October 24, 2018, the documents would be stricken. To date, the Declarations for above documents has not been received.

ACCORDINGLY, IT IS THEREFORE ORDERED that Debtor's counsel appear at a hearing on **November 20, 2018 at 10:30 a.m**. at the United States Bankruptcy Court, Courtroom No. 1, 903 San Jacinto Blvd, Austin, Texas 78701 and show cause why the Declarations for Electronic Filing has not been submitted. If counsel does not appear, the documents may be stricken, and the Court will take such further actions as may be warranted, including a review of fees allowed or paid to counsel. If the Declarations are filed prior to the hearing date, the Court will terminate the hearing and excuse counsel from appearing.

IT IS FURTHER ORDERED that the Clerk of the Court shall immediately cause a copy of this Order to be served on the Debtor and Debtor's counsel.

# # #