Granted at hearing held on 12/27/2018.



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 27, 2018.**

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| SELENA D. CASH, | § | CASE NO. 18-11043-TMD |
| DEBTOR. | § § § | CHAPTER 7 |

ORDER GRANTING
MOTION TO APPOINT ARLETHA CASH AS "NEXT FRIEND" TO THE DEBTOR

Came on for consideration on the above date the Motion to Appoint Arletha Cash as "Next Friend" to the Debtor (the "Motion to Appoint"). The Court finds and concludes that the Motion to Appoint is meritorious and should be granted as set forth herein. It is therefore

**ORDERED** that pursuant to Federal Rule of Bankruptcy Procedure 1004.1, the Debtor's daughter, Arletha Cash, is appointed "Next Friend" to the Debtor to perform the following specific duties and obligations in this Bankruptcy Case:

(a) Prepare and sign on behalf of the Debtor any Amended Bankruptcy Schedules and Statement of Financial Affairs as required in the Bankruptcy Case;

(b) Attend the 341 meeting of creditors on behalf of the Debtor, performing the Debtor's role of responding, under oath, to questions of the chapter 7 trustee and

      any creditors or parties in interest appearing at the meeting;

(c)     Assist and direct legal counsel in representing the Debtor in this Bankruptcy Case; and

(d)     Appear at any hearings or proceedings in the Bankruptcy Case on behalf of the Debtor, as may be required.

It is further

**ORDERED** that this Order is expressly limited to the forgoing specific duties and obligations of the Debtor in this Bankruptcy Case. This Order does not create any powers or duties beyond the Bankruptcy Case and is not to be construed as creating a guardianship under the Texas Probate Code or the Texas Family Code. Absent further Order of the Court, this Order does not apply in any bankruptcy adversary proceeding filed by or against the Debtor.

###

Order Submitted By:

KELL C. MERCER, P.C.
1602 E. Cesar Chavez Street
Austin, Texas 78702
(512) 767-3214
(512) 597-0767

By: */s/ Kell C. Mercer*
    Kell C. Mercer
    Texas State Bar No. 24007668
    kell.mercer@mercer-law-pc.com

ATTORNEY FOR THE DEBTOR

4847-5100-5772.1