EIN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| IN RE: | § | |
|---|---|---|
| | § | Case No. 18-11043-TMD |
| SELENA D. CASH, | § | |
| | § | Chapter 7 |
| Debtor. | § | |

**DEBTOR'S WITNESS AND EXHIBIT LIST
FOR HEARING ON MAY 21, 2019 AT 10:30 A.M.**

I. **WITNESSES**

1. Arletha Cash
2. A. Jo Baylor
3. Anthony Sheridan
4. Darwin McKee
5. Kell Mercer

The Debtor reserves the right to cross-examine any witness called by any other party and to call rebuttal witnesses, if necessary.

II. **EXHIBITS** –Debtor intends to use electronic exhibits

| Exhibit No. | Description | MARKED | OFFERED | OBJECT | ADMIT | DATE | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1. | Communications between Kell Mercer and Darwin McKee regarding 2004 Examination | | | | | | |
| 2. | Anthony Sheridan Subpoena & 2004 Examination Notice | | | | | | |
| 3. | Professional Civil Process of Texas, Inc. - Report of Attempts | | | | | | |
| 4. | Affidavit of Service – Anthony Sheridan Subpoena & 2004 Examination Notice | | | | | | |
| 5. | Certificate of Nonappearance (May 8, 2019) | | | | | | |

1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6. | Voluntary Petition – *In re 4709 Incorporated d/b/a Midtown Live Sports Café*; Case No. 19-10624-TMD [Docket No. 1] | | | | | | |
| 7. | Voluntary Petition -- In re Selena D. Cash; Case No. 18-11043 [Docket No. 1] | | | | | | |
| 8. | Amended Schedule A/B – *In re Selena D. Cash*; Case No. 18-11043 [Docket No. 77] | | | | | | |
| 9. | Statutory Durable Power of Attorney (January 24, 2018) | | | | | | |
| 10. | Shareholder Resolution Appointing Directors (February 15, 2018) | | | | | | |
| 11. | 4709 Incorporated d/b/a Midtown Live Texas Franchise Tax Public Information Report (2016) | | | | | | |
| 12. | 4709 Incorporated d/b/a Midtown Live Texas Franchise Tax Public Information Report (2017) | | | | | | |
| 13. | 4709 Incorporated d/b/a Midtown Live Statement of Change of Registered Office/Agent (2018) | | | | | | |
| 14. | 4709 Incorporated d/b/a Midtown Live Certificate of Amendment (2018) | | | | | | |
| 15. | Audit Guard Inc. Certificate of Formation (2016) | | | | | | |
| 16. | Assumption Warranty Deed with Vendor's Lien (January 9, 2019) | | | | | | |
| 17. | CCS Asset Management, Inc. Texas Franchise Tax Public Information Report (2018) | | | | | | |
| 18. | TABC License Information (May 15, 2019) | | | | | | |
| 19. | Midtown Live Delinquent Property Tax Bill | | | | | | |
| 20. | Notice of Termination of Attorney-Client Relationship; and Revocation of Prior Powers of Attorney (October 12, 2018) | | | | | | |
| 21. | Any exhibit designated by another party | | | | | | |
| 22. | Rebuttal exhibits | | | | | | |

AUS-6238517-1 527825/1

The Debtor reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the hearing.

Respectfully submitted,

KELL C. MERCER, P.C.
1602 E. Cesar Chavez Street
Austin, Texas 78702
(512) 627-3512
(512) 597-0767 (Fax)
Email: kell.mercer@mercer-law-pc.com

By: */s/ Kell C. Mercer*
    Kell C. Mercer
    State Bar No. 24007668

**ATTORNEY FOR SELENA D. CASH**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2019, a true and correct copy of the foregoing was served via this Courts ECF/CM notification system to all parties registered to receive such notice, and to the parties listed below in the manner indicated.

Selena D. Cash
7602 Brookhollow Cove
Austin, Texas 78752
*Via US mail*

John Patrick Lowe
2402 East Main Street
Uvalde, Texas 78801
*Via email*: pat.lowe.law@gmail.com

Deborah A. Bynum
Office of the United States Trustee
903 San Jacinto, Room 230
Austin, Texas 78701
*Via email*: deborah.a.bynum@usdoj.gov

Darwin McKee
13276 North Highway 183 #209
Austin, Texas 78750
*Via email:* darwinmckee@yahoo.com

3

*/s/ Kell C. Mercer*
Kell C. Mercer

AUS-6238517-1 527825/1